UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FREDERICK RAINER, III,<br><br>  Plaintiff,<br><br>  vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>  Defendant | Civil No.  C06-5336RJB<br><br><br><br>ORDER FOR EXTENSION OF TIME |

Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including December 11, 2006, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including December 26, 2006, to file Plaintiff's Reply Brief.

DATED this 13th day of November, 2006.

  /s/ J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

Page 1          ORDER- [C06-5336RJB]

Presented by:

s/ JOHANNA VANDERLEE   WSB # 19178
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-3858
FAX:  (206) 615-2531
johanna.vanderlee@ssa.gov

Page 2          ORDER- [C06-5336RJB]